IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TERESA BLOODMAN, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:12-cv-00659-SWW |
| | * | |
| | * | |
| RHONDA WOOD, CIRCUIT JUDGE | * | |
| FOR THE TWENTIETH JUDICIAL | * | |
| DISTRICT OF ARKANSAS, IN HER | * | |
| OFFICIAL AND INDIVIDUAL | * | |
| CAPACITY, CODY HILAND, | * | |
| INDIVIDUALLY AND IN HIS | * | |
| OFFICIAL CAPACITY AS | * | |
| PROSECUTING ATTORNEY FOR | * | |
| THE TWENTIETH JUDICIAL | * | |
| DISTRICT OF ARKANSAS, JOAN | * | |
| SHIPLEY, INDIVIDUALLY AND IN | * | |
| HER OFFICIAL CAPACITY AS | * | |
| DEPUTY PROSECUTING ATTORNEY | * | |
| FOR THE TWENTIETH JUDICIAL | * | |
| DISTRICT OF ARKANSAS, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this action be and it hereby is dismissed with prejudice.

IT IS SO ORDERED this 25th day of October 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE