# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3820
_____

Teresa Lynette Bloodman

*Plaintiff - Appellant*

v.

Rhonda Wood, Circuit Court Judge for the Twentieth Judicial District of Arkansas, in her official and individual capacity; Cody Hiland, Individually and in his official capacity as Prosecuting Attorney for the Twentieth Judicial District of Arkansas; Joan Shipley, Individually and in her official capacity as Deputy Prosecuting Attorney for the Twentieth Judicial District of Arkansas

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Little Rock

_____

Submitted: June 17, 2013
Filed: June 24, 2013
[Unpublished]

_____

Before MURPHY, SMITH, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Teresa Bloodman appeals the district court's[1] with-prejudice dismissal of her civil complaint. We conclude that the district court did not abuse its discretion in determining that abstention would be appropriate under Younger v. Harris, 401 U.S. 37 (1971). See Plouffe v. Ligon, 606 F.3d 890, 892-93 (8th Cir. 2010) (Younger abstention doctrine provides that federal courts should abstain from exercising jurisdiction when (1) there is ongoing state proceeding, (2) which implicates important state interests, and (3) there is adequate opportunity to raise relevant federal questions in state proceeding). Accordingly, we modify the dismissal to be without prejudice, see Anderson v. Schultz, 871 F.2d 762, 766 (8th Cir. 1989) (dismissal without prejudice is appropriate where court abstains under Younger), and affirm the dismissal as modified. See 8th Cir. R. 47B.

_____

---

[1] The Honorable Susan Webber Wright, United States District Judge for the Eastern District of Arkansas.

# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

June 24, 2013

Ms. Teresa Lynette Bloodman
P.O. Box 13641
Maumelle, AR  72113

      RE:  12-3820  Teresa Bloodman v. Rhonda Wood, et al

Dear Ms. Bloodman:

      The court has issued an opinion in this case. Judgment has been entered in accordance with the opinion. The opinion will be released to the public at 10:00a.m. today. Please hold the opinion in confidence until that time.

      Please review Federal Rules of Appellate Procedure and the Eighth Circuit Rules on post-submission procedure to ensure that any contemplated filing is timely and in compliance with the rules. Note particularly that petitions for rehearing and petitions for rehearing en banc <u>must</u> be received in the clerk's office within 14 days of the date of the entry of judgment. Counsel-filed petitions must be filed electronically in CM/ECF. Paper copies are not required. No grace period for mailing is allowed, and the date of the postmark is irrelevant for pro-se-filed petitions. Any petition for rehearing or petition for rehearing en banc which is not received within the 14 day period for filing permitted by FRAP 40 may be denied as untimely.

                                      Michael E. Gans
                                      Clerk of Court

CMD

Enclosure(s)

cc:     Mr. Jim McCormack

       District Court/Agency Case Number(s):  4:12-cv-00659-SWW

 12-3820 Teresa Bloodman v. Rhonda Wood, et al "per curiam opinion filed" (4:12-cv-00659-SWW)
8cc-cmecf-nda
to:
06/24/2013 08:03 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 06/24/2013

**Case Name:** Teresa Bloodman v. Rhonda Wood, et al
**Case Number:** 12-3820
**Document(s):** Document(s)

**Docket Text:**
PER CURIAM OPINION FILED - THE COURT: Diana E. Murphy, Lavenski R. Smith and Steven M. Colloton (UNPUBLISHED) [4047871] [12-3820] (Catherine Dolan)

**Notice will be electronically mailed to:**

Ms. Teresa Lynette Bloodman: teresabloodman@yahoo.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Per Curiam Opinion
**Original Filename:** 123820U.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/24/2013] [FileNumber=4047871-0]
[396e976208dd300fb1a647ffdd650efb3921d2e9a6c2f46674d06dd7b4da0a4d631f47cca7524bc0d26a40662361f4e8f2191e830f52aefc8e021ef547a10e81]]

**Document Description:** Counsel Opinion Letter
**Original Filename:** /opt/ACECF/live/forms/cdolan_123820_4047871_CounselOpinionLetters_285.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=06/24/2013] [FileNumber=4047871-1]
[417f31c05475a007b1ea5ebfad93e4f409802c42ed8d396651f49a9f4881d0cc02a64ebe3435bad62fa7d73024293251 03767b1a965d70ddd021b93d3a842c09]]
**Recipients:**

- Ms. Teresa Lynette Bloodman
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4047871
**RELIEF(S) DOCKETED:**
  not for publication
**DOCKET PART(S) ADDED:** 4877316, 4877317, 4877318